# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR L. CORREIA, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    CIVIL ACTION NO. 05-11467-RCL <br> ) |
| AMERIQUEST MORTGAGE COMPANY | ) <br> ) |
| Defendant. | ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of R. Bruce Allensworth on behalf of defendant Ameriquest Mortgage Company, Inc. ("Ameriquest") in the above-captioned action. Counsel for Ameriquest identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

        Respectfully submitted,

        AMERIQUEST MORTGAGE COMPANY, INC.

        By its attorneys,

        */s/ R. Bruce Allensworth*
        R. Bruce Allensworth (BBO #015820)
        (ballensworth@klng.com)
        Phoebe S. Winder (BBO #567103)
        (pwinder@klng.com)
        Ryan M. Tosi (BBO #661080)
        (rtosi@klng.com)
        KIRKPATRICK & LOCKHART
        NICHOLSON GRAHAM LLP
        75 State Street
        Boston, MA 02109
        (617) 261-3100

Dated: August 8, 2005

BOS-884729 v1 0304210-0100

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 8, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Christopher M. Lefebvre
CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE P.C.
P.O. Box 479
Pawtucket, RI 02862

                                                */s/ R. Bruce Allensworth*
                                                R. Bruce Allensworth