**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| VICTOR L. CORREIA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-11467-RCL |
| AMERIQUEST MORTGAGE COMPANY | ) ) ) | |
| Defendant. | ) ) | |

**AMERIQUEST MORTGAGE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A) and Fed. R. Civ. P. 7.1, defendant Ameriquest Mortgage Company, Inc. ("Ameriquest") hereby discloses that it is a wholly owned subsidiary of Ameriquest Capital Corporation and that there is no publicly held company that owns 10% or more of Ameriquest's stock.

        Respectfully submitted,

        AMERIQUEST MORTGAGE COMPANY,
        INC.

        By its attorneys,

        */s/ R. Bruce Allensworth*
        R. Bruce Allensworth (BBO #015820)
        (ballensworth@klng.com)
        Phoebe S. Winder (BBO #567103)
        (pwinder@klng.com)
        Ryan M. Tosi (BBO #661080)
        (rtosi@klng.com)
        KIRKPATRICK & LOCKHART
        NICHOLSON GRAHAM LLP
        75 State Street
        Boston, MA 02109
        (617) 261-3100

Dated: August 8, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Christopher M. Lefebvre  
CLAUDE LEFEBVRE,  
CHRISTOPHER LEFEBVRE P.C.  
P.O. Box 479  
Pawtucket, RI 02862

                                          */s/ R. Bruce Allensworth*  
                                          R. Bruce Allensworth