UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR L. CORREIA,<br><br>Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-11467-RCL<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Ryan M. Tosi on behalf of defendant Ameriquest Mortgage Company, Inc. ("Ameriquest") in the above-captioned action. Counsel for Ameriquest identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY, INC.

By its attorneys,

*/s/ Ryan M. Tosi*
R. Bruce Allensworth (BBO #015820)
(ballensworth@klng.com)
Phoebe S. Winder (BBO #567103)
(pwinder@klng.com)
Ryan M. Tosi (BBO #661080)
(rtosi@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: August 8, 2005

BOS-884725 v1 0304210-0100

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 8, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Christopher M. Lefebvre
CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE P.C.
P.O. Box 479
Pawtucket, RI 02862

                                      */s/ Ryan M. Tosi*
                                      Ryan M. Tosi