IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR L. CORREIA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERIQUEST MORTGAGE COMPANY )<br>Defendant. )<br>_____ ) | C.A.05-11467 RCL |

**PLAINTIFF'S ANSWER TO COUNTERCLAIM
OF DEFENDANT AMERIQUEST**

Plaintiff Victor L. Correia by and through his attorney, Christopher M. Lefebvre, hereby answers the Counterclaim filed by the Defendant Ameriquest Mortgage Co. as follows:

1. Plaintiff admits the allegations set forth in paragraphs 1 through 5, 8 and 9.

2. Plaintiff denies the allegations set forth in paragraphs 6, 10 and 11.

**WHEREFORE**, Plaintiff respectfully request that the Court dismiss and deny the Defendant's Counterclaim for Declaratory Judgment.

Respectfully submitted,

/s/Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO# 629056

1

## **CERTIFICATION**

I hereby certify that on August 11, 2005 I served a true copy of the foregoing document by electronic filing upon the following:

R. Bruce Allenworth
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
ballensworth@klng.com

/s/Maria Ferreira