UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR L. CORREIA,<br><br>        Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-11467-RCL<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Phoebe S. Winder on behalf of defendant Ameriquest Mortgage Company, Inc. ("Ameriquest") in the above-captioned action. Counsel for Ameriquest identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

                                                                     Respectfully submitted,

                                                                     AMERIQUEST MORTGAGE COMPANY, INC.

                                                                     By its attorneys,

                                                                     /s/ Phoebe S. Winder
                                                                     R. Bruce Allensworth (BBO #015820)
                                                                     (ballensworth@klng.com)
                                                                     Phoebe S. Winder (BBO #567103)
                                                                     (pwinder@klng.com)
                                                                     Ryan M. Tosi (BBO #661080)
                                                                     (rtosi@klng.com)
                                                                     KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
                                                                     75 State Street
                                                                     Boston, MA 02109
                                                                     (617) 261-3100

Dated: August 23, 2005

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on August 23, 2005, I served a true copy of the foregoing document by first class mail upon the following:

Christopher M. Lefebvre
CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE P.C.
P.O. Box 479
Pawtucket, RI 02862

    /s/ Phoebe S. Winder
    Phoebe S. Winder