# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VICTOR L. CORREIA,<br><br>    Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-11467-RCL<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Victor L. Correia, and defendant Ameriquest Mortgage Company, by and through their undersigned attorneys, hereby STIPULATE AND AGREE that this action shall be and hereby is DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and expenses, including attorneys' fees, and hereby waives any rights of appeal.

                                                                Respectfully submitted,

VICTOR L. CORREIA                                               AMERIQUEST MORTGAGE COMPANY,

By his attorney,                                                By its attorneys,

*/s/ Christopher M. Lefebvre* (with permission)                 /s/ *Ryan M. Tosi*

Christopher M. Lefebvre  (BBO #629056)                          R. Bruce Allensworth (BBO #015820)
CLAUDE LEFEBVRE,                                                (ballensworth@klng.com)
CHRISTOPHER LEFEBVRE P.C.                                       Phoebe S. Winder (BBO #567103)
P.O. Box 479                                                    (pwinder@klng.com)
Pawtucket, RI 02862                                             Ryan M. Tosi (BBO #661080)
                                                                (rtosi@klng.com)
                                                                KIRKPATRICK & LOCKHART
                                                                NICHOLSON GRAHAM LLP
                                                                75 State Street
                                                                Boston, MA 02109
                                                                (617) 261-3100

Dated: November 9, 2005

BOS-903771 v1

- 2 -

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on November 9, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Christopher M. Lefebvre
CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE P.C.
P.O. Box 479
Pawtucket, RI 02862

                                  /s/ *Ryan M. Tosi*
                                  _____
                                  Ryan M. Tosi